UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 9, 2020

NATHALIE OTTLEY, and PEGGY PIERRE,

            Plaintiffs,

– against –

ADAMS AND ASSOCIATES, INC., TONYA LOVE, and REBECCA GWOZDZIEWYCZ,

            Defendants.

**ORDER**

16 Civ. 4303 (ER)

Ramos, D.J.:

At the conference on September 2, 2016, the Court stayed the above-captioned case pending arbitration. There has been no communication from the parties since then.

The parties are hereby ORDERED to provide the Court with a written update as to the status of the case by **May 2, 2020**. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:    April 9, 2020
            New York, New York

                                                        Edgardo Ramos, U.S.D.J.