USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 14, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHALIE OTTLEY, and PEGGY PIERRE,

                Plaintiffs,

– against –

ADAMS AND ASSOCIATES, INC., TONYA LOVE, and REBECCA GWOZDZIEWYCZ,

                Defendants.

**ORDER**

16 Civ. 4303 (ER)

Ramos, D.J.:

    The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:    April 14, 2020
            New York, New York

                                          Edgardo Ramos, U.S.D.J.