Copies Mailed
Chambers of Edgardo Ramos

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: May 5, 2020
```

NATHALIE OTTLEY, and PEGGY PIERRE,

      Plaintiffs,

– against –

ADAMS AND ASSOCIATES, INC., TONYA LOVE,
and REBECCA GWOZDZIEWYCZ,

      Defendants.

**ORDER**

16 Civ. 4303 (ER)

Ramos, D.J.:

  The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: May 5, 2020
    New York, New York

                 _____
                 Edgardo Ramos, U.S.D.J.